UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                       )
                                             )
**BAKERS FOOTWEAR GROUP, INC.,**             )
                                             )
                         Debtor.             )
                                             )
                                             )

Case Number  **12-49658-705**
Chapter 7
Hearing Date  **May 1, 2013**
Hearing Time  **10:00 a.m.**
Hearing Location  **7th Floor South**

<u>**TRUSTEE'S MOTION TO: (A) APPROVE FINAL WINDING DOWN OF BUSINESS
OPERATIONS, (B) APPROVE PAYMENT OF RELATED EXPENSES AND COSTS
IN CONNECTION THERETO AND (C) AUTHORIZE TRUSTEE TO TAKE ANY
AND ALL ACTION NECESSARY TO COMPLETE THE WINDDOWN and NOTICE
OF HEARING**</u>

> **WARNING:  Any response or objection shall be filed with the Court by
> April 30, 2013.  (See L.R. 9013-1(B) and 9013-2(B), *or other Rules as
> applicable*).  A copy shall be promptly served upon the undersigned.  Failure
> to file a timely response may result in the Court granting the relief requested
> prior to the hearing date.**

> **PLEASE TAKE NOTICE** that a hearing to consider the Trustee's Motion will
> be held on **May 1, 2013 at 10:00 a.m.**, before the Honorable Charles E. Rendlen,
> United States Bankruptcy Court, 111 South Tenth Street, 7th Floor South
> Courtroom, St. Louis, MO  63102.

COMES NOW the Trustee, and for his Motion to: (A) Approve Final Winding Down
of Business Operations, (B) Approve Payment of Related Expenses and Costs in Connection
Thereto and (C) Authorize Trustee to Take Any and All Action Necessary to Complete the
Winddown, (the "Motion"), states to the Court as follows:

<u>**Background**</u>

1. Baker's Footwear Group, Inc. (the "Debtor") filed a Chapter 11 bankruptcy on
   October 3, 2012.

2. The case was converted to a Chapter 7 on January 18, 2013.

dc1969.p                                                                      1

3. Robert J. Blackwell was appointed Chapter 7 Trustee on January 21, 2013.

4. On January 21, 2013, an Order Granting Trustee's Motion to Authorize Trustee to Operate Debtor's Business (the "Operating Order") was signed, and entered on January 22.

5. At the time of entry of the Operating Order the Debtor was operating approximately 56 stores, an office, a website retail sales operation, and a warehouse, and conducting a Court approved going-out-of-business sale.

6. The last of the retail stores were closed during the week of February 18, 2013.

7. The Debtor had operated as many as 200 stores until December 31, 2012.

8. The Debtor's fiscal year ended approximately February 2, 2013.

9. The Debtor had multiple bank accounts, and the going-out-of-business sale during only the period of time covered by the Chapter 7 generated over $7,000,000 in receipts.

10. On February 28, 2013, the Court approved, and the Trustee closed on, a sale of substantially all the Debtor's assets, for a gross sale price of $2,450,000.

11. On or about March 13, 2013, pursuant to the order approving the sale of substantially all the Debtor's assets, the secured lender of the Debtor, Salus Capital Partners, LLC ("Salus"), paid their secured claim, in an agreed upon amount, as of that date in full.

12. Salus and the Trustee filed a joint discharge motion presently set for May 1, 2013.

13. Subsequently a vendor made a claim against a letter of credit issued by Salus.

14. Depending on the result of said claim, and/or the ruling on the joint motion, Salus may or may not be paid in full, and Salus asserts a lien on all property of the Debtor. As a result, funds that are being used by the Trustee may or may not be cash collateral.

dc1969.p                                                                                                    2

15. The Debtor further incurred many expenses during the operation of the business post-conversion which included payroll, benefits, utilities, liquidators, courier, and miscellaneous related expenses.

16. The Debtor, and by reason thereof the Trustee, further has reporting and bookkeeping requirements due to the operations, and is obligated both by requirements of the United States Trustee and the Bankruptcy Code to keep and maintain certain records, and is required to file returns and reports with other agencies and States and the United States government.

17. There is a substantial quantity of records that must be kept, which requires identifying, compiling, indexing, moving and storing these records, to comply with the requirements.

18. Additionally, bank accounts must be reconciled and closed, and records concerning sales and expenses prepared, and reports and returns prepared.

19. The Trustee, in complying with these requirements, continued to operate the business of the Debtor through March, 2013 with some full time employees and in April with some part-time employees.

20. During March, ordinary course expenses of the business operations were being received, verified, and paid.

21. During April, the Trustee has been reduced to using 5-10 part time employees, still operating at the Debtor's office, mainly to continue to close books, prepare reports, compile, organize and store records, and to restore computer records.

22. Some billings from the operation of the Debtor's stores are still being received, identified and verified, and those from the operation of the business of Debtor either have been paid or are scheduled to be paid.

dc1969.p

3

23. Utility bills have been the subject of a separate order establishing a deposit to guarantee payment, and the Trustee has been paying such utility billings from the operation of the stores, office and warehouse through March, and office and warehouse through April, and has received some further billings.

24. The Debtor is further leasing space as a result of occupation of the office and warehouse.   The Trustee is seeking, by separate Motion, the approval of rejection of those leases as of April 30, 2013.

25. The Trustee earlier obtained an order granting the Emergency Motion for Authority to Transport, Store, Abandon and Destroy Property and Request for Related Relief (the "Property Order").   This Property Order further authorized the Trustee to pay expenses associated with the Trustee's computer in Ohio and moving and relocating the same. The Trustee is in the process of moving said computer.

26. Some billings being received either appear to be pre conversion and/or prepetition, and some billings may or may not be legitimate obligations of the Debtor and/or legitimate ordinary course expenses incurred during the Chapter 7.

27. Other billings may be due to executory contracts of the Debtor, but the Trustee has not assumed those contracts.  Some contracts were not immediately rejected by the Trustee and arguably may have been beneficial to the Chapter 7 bankruptcy estate. Due to use of the services prior to automatic rejection, some contracts that were necessary to maintain records or services or assets needed by the estate were paid. Other rejected contracts were of no benefit and the goods or services may not have been used since the Chapter 11, or prior to that.

28. The Trustee paid many of the ordinary course billings received through the authority of the Operating Order.

dc1969.p                                                                                                          4

29. The Trustee also has declined to pay some billings for a variety of reasons, including that the services or contract were not used or needed or may or may not be ordinary course expenses of the Debtor incurred during the Chapter 7.

### Relief Requested

30. Due to the limiting of the business operations as time passes and expenses or anticipated expenses necessary for the Trustee to complete the winddown of Debtors business, and to avoid possible issues as to reporting or authority, the Trustee is asking for an order specifically granting the authority to continue to incur and pay certain Chapter 7 administrative expenses associated with the winding down of Debtor's business, including, but not limited to:

a) Utilities expenses on leased stores, office and warehouse, incurred post conversion, and

b) Reconciliation and closing of the bank accounts and books of the Debtor, and

c) Employee wages and expenses, either full time or part time, and other expenses associated with preparing and working on and filing reports, returns and documents for various agencies and states and government units or the court, and

d) Payrolls taxes and benefits, if any, and

e) Courier services, copier costs, phone costs, and similar incurred during the winding down of operations.

f) Any and all additional expenses necessary, in the Trustee's reasonable business judgment, to complete the winddown of Debtor's business operations.

31. The Trustee believes such authority is necessary to complete the orderly winding down of the business operations and the orderly administration of the estate.

dc1969.p

5

## Waiver of Rule 6004(h)

32. Given the pressing timelines for matters to complete the winddown, Trustee requests that the 14 day stay of Bankruptcy Rule 6004(h), to the extent applicable, be waived.

## Notice

33. Notice of this Motion has been given to the following parties or, in lieu thereof, to their counsel, if known:  (a) all parties listed on the Master Notice List, last updated on January 10, 2013; (b) all parties that have requested special notice pursuant to Bankruptcy Rule 2002;  and (c) all non-Debtor employee persons or entities known to the Trustee that have or have asserted a chapter 11 administrative expense claim.  In light of the nature of the relief requested herein, the Trustee submits that no other or further notice is necessary.

WHEREFORE, the Trustee requests that the Court approve the Trustee's Motion to: (A) Approve Final Winding Down of Business Operations, (B) Approve Payment of Related Expenses and Costs in Connection Thereto and (C) Authorize Trustee to Take Any and All Action Necessary to Complete the Winddown of Debtor's Business;  and for such other orders as the court deems just.

Respectfully submitted,
**BLACKWELL & ASSOCIATES, P.C.**

/s/   Steven N. Beck
Steven N. Beck   /   61121MO
Attorney for Trustee
P.O. Box 310, O'Fallon, MO 63366-0310
(636) 240-3632   /   Fax (636) 240-6803
sbeck@blackwell-lawfirm.com

## CERTIFICATE OF SERVICE

I, Sarah Soutier, hereby certify that on April 19, 2013, a copy of this document was served on all parties receiving notice through Master Notice List No. 8 and Master Service List No. 8, both dated January 10, 2013, and the attached list of Chapter 11 claimants, either electronically through the Court's CM/ECF system.

/s/   Sarah Soutier

PACIFIC WORLDWIDE INC
P.O. BOX 7802
REDLANDS CA 92375S

URBANCAL OAKLAND MALL
6621 PAYSPHERE CIRCLE
CHICAGO IL 60674

TOWN CENTER AT COBB LLC
dba BAKERS UNIT NO.OG17
P.O. BOX 281552
ATLANTA GA 30384-1552

MAYFAIR MALL LLC SDS-12-1637
PO BOX 86
MINNEAPOLIS MN 55486-1637
UNION SEVENTY
PARTNERSHIP
C/O GREEN STREET REALTY
3901 UNION BLVD STE 104A
ST LOUIS MO 63115

TAUBMAN CHERRY CREEK S/C
DEPARTMENT 89801
P.O. BOX 67000
DETROIT MI 48267-0898

SHOPPING CENTER
ASSOCIATES
9136 PAYSPHERE CIRCLE
CHICAGO IL 60674

SOUTHPARK MALL LP
P.O. BOX 409276
ATLANTA GA 30384-9276

NYLA (DIV OF CAVORT
INTERNATIONAL)
4833 EVERETT AVENUE
VERNON CA 90058

BESTFIT INTERNATIONAL INC.
900 CANADA COURT
CITY OF INDUSTRY CA 91748

IMON PROP. GRP. (TX), LP
867728 RELIABLE PARKWAY
CHICAGO IL 60686-0077

7703-KING OF PRUSSIA
ASSOCIATES
dba BAKERS UNIT NO. 1148
P.O. BOX 829412
PHILADELPHIA PA 19182-9412

GGP-FOUR SEASONS L.L.C.
SDS-12-2427
P.O. BOX 86
MINNEAPOLIS MN 55486-2427

SIMON PROP GROUP (IL) LP
867905 RELIABLE PARKWAY
CHICAGO IL 60686-0079

TJ PALM BEACH ASSOCIATES
DEPARTMENT 176401
P.O. BOX 67000
DETROIT MI 48267-1764

PR WOODLAND LIMITED
PARTNERSHIP
PO BOX 73858
CLEVELAND OH 44193

DEL AMO FASHION CENTER
dba WILD PAIR UNIT NO. 81
P.O. BOX 409657
ATLANTA GA 30384-9657

3341 SOUTH LINDEN RD
HOLDINGS LLC
PO BOX 934974
ATLANTA GA 31194-4974

CHINESE LAUNDRY (DIV OF
CELS ENT).
3485 S. LA CIENEGA BLVD.
LOS ANGELES CA 90016

NITIN ENTERPRISES INC.
389 5TH AVENUE 611
NEW YORK NY 10016

FAIRLANE TOWN CENTER LLC
DEPARTMENT 52001
P.O. BOX 67000
DETROIT MI 48267-0520

OAKRIDGE MALL LP
FILE NUMBER 55714
LOS ANGELES CA 900745714

LAKESIDE MALL PROPERTY
LLC    SDS-12-2772
PO BOX 86
MINNEAPOLIS MN 55486-2772

DEL AMO FASH CENTER
dba BAKERS UNIT NO. 238
P.O. BOX 409657
ATLANTA GA 30384-9657

NORTHPARK PARTNERS LP
P.O. BOX 226864
DALLAS TX 75222-6864

CROSSGATES MALL COMPANY
NEWCO LLC
M&T BANK
P.O. BOX 8000 DEPT No. 977
BUFFALO NY 14267

PINNACLE HILLS LLC
P.O. BOX 860066
MINNEAPOLIS MN 55486-0066

WEST COUNTY MALL CMBS
P.O. BOX 74045
CLEVELAND OH 44194-4045

GUARD INDUSTRIES INC
3333 WASHINGTON BLVD
ST. LOUIS MO 63103

DEMFON INTERNATIONAL
55-62 56TH STREET
MASPETH NY 11378

PACIFIC WHOLESALE
5252 BOLSA AVENUE
HUNTINGTON BEACH CA 92649

BEARPAW
7534 OLD AUBURN ROAD
CITRUS HEIGHTS CA 95610

AMIEE LYNN INC
366 FIFTH AVE-4TH FLOOR
NEW YORK NY 10001

NOT RATED-DIV OF KIA GROUP
16516 VIA ESPRILLO SUITE 100
SAN DIEGO CA 92127

JUMP FOOTWEAR
4400 ROUTE 9 SOUTH
SUITE 1000
FREEHOLD NJ 7728

PACIFIC WORLDWIDE, INC.
20 WEST 33RD STREET
11 FLOOR
NEW YORK NY 10001

EASTSTAR SOLUTIONS,LTD
DBA MOJOMOXY
11801 W. FAIRVIEW AVE.
MILWAUKEE WI 53226

GMPC, LLC
1202 W. OLYMPIC BLVD.
SANTA MONICA CA 90404

SASHA HANDBAGS, INC.
460-A MAIN AVENUE
WALLINGTON NJ 7057

BRE-Imoshion Handbags
1928 S. Santa Fe Avenue
Los Angeles CA 90021

Penny Loves Kenny by Titan Ind.
5252 BOLSA AVE.
HUNTINGTON BEACH CA 92649

KIMERA INTL-DBA LILIANO-
MISBEHAVE
827 LAWSON STREET
CITY OF INDUSTRY CA 91748

SOPHISTICATED STYLE
1220 TEXAN TRAIL #205
GRAPEVINE TX 76051

ACCENT ACC LLC
4 WARREN AVENUE
NORTH PROVIDENCE RI 2911

PENNY SUE - THE ADONI
GROUP INC
247 WEST 38TH St. 3RD FL.
NEW YORK NY 10018

E.M.S. TRADING DBA MICHAEL
ANTONIO
5161 RICHTON STREET
MONTCLAIR CA 91763

YRU INC. / CUTE TO THE CORE
13963 RAMONA BLVD #E&F
CHINO CA 91710

RFA HOLDING GROUP LLC
385 FIFTH AVE 4TH FLOOR
NEW YORK NY 10016

BOMBSHELL ACC
248 W. 35TH ST. STE 601
NEW YORK NY 10001

CERAFFI INC
120 W. 29TH ST
NEW YORK NY 10001

PETER A EDISON
PO BOX 78218
ST LOUIS MO 63178

MARK H BROWN &
ASSOCIATES LLC
279 ST. ANDREWS DRIVE
PO BOX 342
ST. ALBANS MO 63073

TERMINIX INTERNATIONAL
P.O. BOX 17167
MEMPHIS TN 38187

CONTINENTAL STOCK
TRANSFER
& TRUST COMPANY
17 BATTERY PLACE
NEW YORK NY 10004

SHOPPERTRAK RCT CORP.
200 WEST MONROE STREET
SUITE 1100
CHICAGO IL 60606

ICR-INTEGRATED CORP
RELATIONS
761 MAIN AVENUE
NORWALK CT 6851

TRIPRO GRAPHICS &
PACKAGING LLC
1550 OCELLO DRIVE
FENTON MO 63026

DYNAMIC VENDING INC.
5433 EAGLE INDUSTRIAL CT.
HAZELWOOD MO 63042

THE POWERTECH GROUP INC.
6533 Flying Cloud Dr., Ste. 200
EDEN PRAIRIE MN 55344

CUSTOMER DIRECT
714 SPIRIT 40 PARK DRIVE
SUITE 100
CHESTERFIELD MO 63005

GOOGLE, INC.
DEPARTMENT 33654
PO BOX 39000
SAN FRANCISCO CA 94139

PLAYNETWORK, INC.
PO BOX 809198
CHICAGO IL 60680-9198

SHIPWARE LLC
16835 W BERNARDO DR, #209
SAN DIEGO CA 92127

SHEPARD RETAIL SERVICES
60 EAST HANOVER AVENUE
SUITE B-4
MORRIS PLAINS NJ 7950

KEEN REALTY ADVISORS
21860 BURBANK BLVD
STE 300 SOUTH
WOODLAND HILLS CA 91367

VERIZON BUSINESS
PO BOX 73617
CHICAGO IL 60673-7617

C2 IMAGING, LLC
BOX 774537
4537 SOLUTIONS CENTER
CHICAGO IL 60677-4005

THE ENTERPRISE LAW GROUP
IRA L. BLANK
8151 CLAYTON ROAD SUITE 201
ST LOUIS MO 63117

UBOXES, LLC.
10396 W STATE ROAD 84 #103
DAVIE FL 33324

PACHULSKI STANG ZIEHL
JONES LAW
919 N. Market St., 17th Fl.
PO BOX 6708
WILMINTON DE 19899-8705

HUSCH BLACKWELL, LLP
PO BOX 790379
ST LOUIS MO 63179

IMPATICO, INC.
DBA: STRATUS BUILDING
SOLUTIONS
1861 CRAIG ROAD
MARYLAND HEIGHTS MO 63146

DONLIN, RECANO & COMPANY
419 PARK AVENUE SOUTH
NEW YORK NY 10016

BDO CONSULTING
100 PARK AVENUE
NEW YORK NY 10017

KEYSTONE (US) MGMT INC.
dba TYCO INTEGRATED
SECURITY LLC
PO BOX 371994
PITTSBURGH, PA 15250-7994

Stuart I. Gordon
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926

Westfield, LLC
Richard H. Golubow/Winthrop
Couchot
660 Newport Center Dr, Suite 400
Newport Beach, CA 92660

Howard Hirsch
Lexington Law Group
503 Divisadero Street
San Francisco, CA 94117-2212

Dayton Mall II, LLC ..
Angela Dodd
Securities and Exchange Comm
175 West Jackson Blvd., Suite 900
Chicago, IL 60604

Olivia Moody
Ricoh USA Inc
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

George R. Meurer
Kazen, Meurer & Perez L.L.P.
211 Calle Del Norte, Ste. 200
P.O. Box 6237
Laredo, TX 78042-6237

Maricopa County - Tammy Jones
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Freemail Associates, LLC
c/o Macerich Company
Attention: Legal Department
401 Wilshire Blvd., Suite 700
Santa Monica, California 90407

Gala Operating Co.
Benjamin S. Seigel, Esq.
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Blowfish Shoe, LLC
Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797

J. Michael Debbeler
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

Gilbert R. Saydah
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Flora Oropeza
Deputy Tax Collector-Treasurer
Imperial Cty Tre-Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Joni Armstrong Coffey
County Attorney - Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Spinoso Real Estate Group
100 Northern Concourse
North Syracuse, NY 13212

Genesee Valley Center
Attn: General Manager
G-3341 S. Linden Road
Flint, MO 48507

Bob & Bobby!, Inc.
Niclas A. Ferland
LeClairRyan, a Professional Corp
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

Recovery Management Systems
Attn: Ramesh Singh
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Joseph Brown Wells
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

Timothy B. Martin
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Priscilla Windley, Paralegal Col. Spl
Fernando Casamayor, Tax Collector
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575

Broward County - Lori A. Lewis
Deputy County Attorney
Civil Services Division
222 North Central Avenue, Ste. 1100
Phoenix, AZ 85004

3341 South Linden Road Holdings
c/o CW Capital Asset Management
7501 Wisconsin Ave., Suite 500W
Bethesda, MD 20814

Freemail Associates, LLC
Attn: Center Manager
3710 Route 9, Suite 1000
Freehold, New Jersey 07728