# EXHIBIT "A"

| Customer ID | Invoice Number | Invoice Date | Customer Service | |
|---|---|---|---|---|
| SV066837 | 69024657 | 11/10/2012 | 1-888-201-2075 | |
| | | | enterprisehosting@verizon.com | **verizon** |
| Past Due | Unapplied Payments & Adjustments | | Current Amount | Total Amount Due |
| $0.00 | $0.00 | | $6,000.00 | $ 6,000.00 |

Payment Due in 30 Days

12/10/2012

Site ID:1-2NJ1KC
BAKERS FOOTWEAR GROUP, INC.
ATTENTION TO: DAN SWEENEY
2815 SCOTT AVE
SAINT LOUIS MO    63103-3032

STATEMENT SUMMARY

| | |
|---|---|
| Current Month's Charges | |
| Usage Charges | $0.00 |
| Recurring Charges | $8,700.00 |
| Non-Recurring Charges | $0.00 |
| Discounts and Promotions | -$2,700.00 |
| Taxes and Surcharges | $0.00 |
| Current Period Adjustments | $0.00 |
| Total Current Month's Charges | $6,000.00 |
| Past Due Amount | $0.00 |
| Unapplied Payments and Adjustments (not associated with an invoice) | $0.00 |
| Total Amount Due | $ 6,000.00 |

Page 1

**verizon**

If paying by mail, please return this section with your payment

| Customer ID | Invoice Number | Payment Due Date | Total Amount Due | Amount Enclosed |
|---|---|---|---|---|
| SV066837 | 69024657 | 12/10/2012 | $ 6,000.00 | |

(For further information on how to pay please see other side)

Verizon Business
P.O.Box 73617
Chicago, IL    60673-7617

106755  28310006060803072  690246570  00000600000    11/10/12

1067552831000606080307269024657000000600000

How to Pay

    Paying Online
        Verizon Enterprise Center, available 24 by 7 at https://enterprisecenter.verizon.com, provides convenient
        online Billing and optional Online Payment, allowing you to pay by Electronic Fund Transfer (ETF) or by Visa,
        Master Card, American Express, or Discover Card. If you are not yet a registered Verizon Enterprise Center
        user with permission to view and pay your invoice, contact your Account Representative or Customer Service
        at 1-888-201-2075. (Online payment is available only to U.S. customers at this time.)


    Paying Electronically via ACH or Wire transfer
        For ACH payments use the following bank information:
        ABA (routing number) - 071000013
        DDA (account number) - 5280028
        Tax ID - 470751768
        Legal Entity - MCI Communications, Inc.


        For Wire Transfers use:
        Bank Name - JB Morgan Chase
        Account Name - Verizon Financial Services, Inc
        ABA (routing number) - 021000021
        DDA (account number) - 5280028
        SWIFT Code - CHASUS33 (needed for international wire transfer)
        Reference information - Lockbox 73617

    Paying by Mail
        Please detach the payment slip at the bottom of page 1 of this invoice, complete the information on the
        reverse side, and return it in the envelope provided, enclosing a check or money order made payable to
        "Verizon Business."


    Paying by Phone
        Call Verizon Business Financial Services at 1-800-806-8470 to authorize a one-time payment using your Visa,
        Master Card, American Express, or Discover Card. For recurring credit card payments, please use Verizon
        Enterprise Center Online Payment (see "Paying Online" above).

How to Change Your Billing Information
        To change your billing name and address, reporting preferences, or enroll in Online Billing,
        please contact Verizon Business Customer Service at 1-888-201-2075 (U.S. only).


Page 2


Open Invoice - Outstanding Balances
The following is a list of invoices with outstanding balances. Please indicate in the column which invoice is to receive your payment.

| Invoice Number | Invoice Date | Outstanding Balance | Payment |
|---|---|---|---|
| 69024657 | 11/10/2012 | $6,000.00 | |

**Verizon Business Services**

Site ID:1-2NJ1KC
BAKERS FOOTWEAR GROUP, INC.
2815 SCOTT AVE
SAINT LOUIS, MO
USA 63103-3032

| | |
|---|---|
| Customer ID: | SV066837 |
| Invoice Number: | 69024657 |
| Invoice Date: | 11/10/2012 |
| Page Number: | 3 |

Important Messages to Our Customers


TO OUR CUSTOMERS IN CALIFORNIA:
CALIFORNIA PUC INCREASES THE CALIFORNIA TELECONNECT FUND (CTF)


The California Public Utilities Commission has increased the California Teleconnect Fund (CTF) surcharge rate
from .079% to .59% effective December 1, 2012.
TO OUR CUSTOMERS WITH VERIZON BUSINESS FRAME RELAY OR ATM SERVICES:
VERIZON TO GRANDFATHER VERIZON BUSINESS FRAME RELAY AND ATM SERVICES


Effective November 21, 2012 Verizon will no longer accept orders for moves, adds, or changes to Verizon
Business Frame Relay and ATM Services unless expressly permitted by your contract. Verizon will continue to
provide Verizon Business Frame Relay and ATM Services; however, Verizon will not renew contracts for those
services. Once your contract term expires, your Verizon Business Frame Relay and ATM Services will be
provided on a Month-to-Month basis wherein Verizon may terminate these services with six (6) months written
notice. Please note, you may terminate these services at any time.
Verizon offers several premium service offerings, such as Private IP and Ethernet services, which you may
consider for a technology upgrade from your existing Frame Relay and ATM Services. To discuss replacing your
existing Frame Relay and ATM Services with more advanced Verizon solutions, please contact your Verizon
Account Manager or call Customer Service at the toll-free number shown on this invoice.
TO OUR CUSTOMERS IN GEORGIA:
GEORGIA PSC INCREASES THE GEORGIA UNIVERSAL ACCESS FUND (UAF)


The Georgia Public Service Commission has increased the Georgia Universal Service Fund (USF) contribution
factor to 2.0% effective January 1, 2013.
IF YOU HAVE A QUESTION ABOUT YOUR BILL:
CREATE AN INVOICE INQUIRY ONLINE VIA VERIZON ENTERPRISE CENTER


Save time by opening and monitoring billing inquiries in the Verizon Enterprise Center at
https://enterprisecenter.verizon.com. You can access a "Create an Invoice Inquiry" link from multiple places
in the Verizon Enterprise Center:
- In the left hand navigation links from any screen of your online invoice.
- From the Quick Access dropdown beside any account number in your Invoice List screen.
- From the Billing Inquiry pod on the Invoices home screen. You will need to enter an account number when
using this path.
To open an inquiry, click "Create an Invoice Inquiry" from any of the above screens and follow three simple
steps:
1. Select an inquiry issue from the drop down list and enter an account number if one did not
automatically populate.
2. Add any details you feel are needed.
3. Review and click "Submit."
If you are not yet a Verizon Enterprise Center user, you can self enroll by following the steps under "Sign Up
for Online Billing and Go Paperless to Avoid Future Paper Invoice Fees" shown on the reverse side of the
Statement Summary page of this invoice.

```
Verizon Business Services                                    Customer ID:     SV066837

Site ID:1-2NJ1KC                                             Invoice Number:  69024657
BAKERS FOOTWEAR GROUP, INC.                                  Invoice Date:    11/10/2012
2815 SCOTT AVE                                               Page Number:            4
SAINT LOUIS, MO
USA 63103-3032
```

Important Messages to Our Customers

TO OUR CUSTOMERS IN NEW MEXICO:
VERIZON BUSINESS DETARIFFING IN NEW MEXICO

Verizon Business will no longer be required to file tariffs with the New Mexico Public Regulation Commission. The in-state Long Distance and Local Exchange services offered and the rates, terms and conditions of these offered services, will be set forth in our Service Publication and Price Guide (the "Guide"), available on our current website, at http://www.verizonbusiness.com/us/publications/service_guide. This change will not affect the rates or terms and conditions for the services to which you currently subscribe. Your signed contract or term plan agreement will continue to apply until expiration.

If you do not have a signed contract or otherwise receive service under Verizon Business' tariffs, beginning January 1, 2013, you will receive service pursuant to the Guide, which will be available on line at http://www.verizonbusiness.com/us/publications/service_guide. Your continued use of the service on and after this date (or after a later contract expiration date if you have a contract) constitutes acceptance of the rates, terms and conditions set forth in the Guide. If you have any questions, please call Verizon Business at the toll-free number listed on your telephone bill or visit us at www.verizonbusiness.com.
TO OUR CUSTOMERS IN NEW MEXICO:
NEW MEXICO PRC INCREASES THE NM RURAL UNIVERSAL SERVICE FUND (NMUSF) RATE

The New Mexico Public Regulation Commission increased the New Mexico Rural Universal Service Fund (NMUSF) surcharge rate from 3.30% to 3.45%, for calendar year 2013.
IMPORTANT NOTICE TO ALL CUSTOMERS:
THE VERIZON REMIT-TO ADDRESS IS CHANGING IN DECEMBER

Your December 2012 dated invoices will reflect a new remittance address. If you store Verizon remittance information in any software used in your accounts payable process, please update your software before submitting payment for your December invoice. Below are ways that your payment process will be affected, depending on your payment method:
- If you pay by check from an online invoice, be sure to use the new remittance address on the envelope you use to mail your payment to Verizon.
- If you pay by check from a paper invoice, continue to detach the payment slip at the bottom of page one and use the enclosed envelope. Your payment will be sent to the correct address, as those preprinted documents have been updated.
- If you pay electronically by ACH, you are not affected by this change.
- If you pay from Verizon Enterprise Center using online or credit card payment, you are not affected by this change.
If you have any questions about this pending change, please click "Create a billing inquiry" in Verizon Enterprise Center, or contact Verizon Customer Care at the toll free number shown on the first page of this invoice. Thank you for being a Verizon customer.
TO OUR CUSTOMERS IN TEXAS:
TEXAS DIVISION OF EMERGENCY MANAGEMENT HURRICANE PREPAREDNESS GUIDELINES:
PREPARING FOR HURRICANE SEASON: JUNE 1 ? NOVEMBER 30

| | |
|---|---|
| Verizon Business Services | Customer ID: SV066837 |
| Site ID:1-2NJ1KC<br>BAKERS FOOTWEAR GROUP, INC.<br>2815 SCOTT AVE<br>SAINT LOUIS, MO<br>USA 63103-3032 | Invoice Number: 69024657<br>Invoice Date: 11/10/2012<br>Page Number: 5 |

Important Messages to Our Customers

Residents of Texas Gulf Coast EVACUATION ZONES should BEGIN NOW by making an evacuation plan, preparing an emergency kit and learning evacuation routes well in advance.

If you have special health care needs, register by dialing 2-1-1: Gulf coast residents with special health care needs (including those who are disabled or medically fragile) who live in evacuation zones and do not have friends or family to help in an evacuation should register for assisted transportation in advance by dialing 2-1-1. The 2-1-1 transportation assistance registry must be dialed IN ADVANCE. It is confidential. Do not wait until a storm is in the Gulf to register for assistance.

If you need transportation, register with 2-1-1: If you do not have a car or other vehicle, and you cannot get a ride with friends, neighbors or family, register IN ADVANCE for assisted transportation by dialing 2-1-1.

Evacuation zone information: If you are interested in registering and you want to find out whether you are living in an evacuation zone, dial 2-1-1 for information.

Hurricane Preparedness tips online:
Texas Division of Emergency Management Web site: www.txdps.state.tx.us/dem
FEMA Web site: www.Ready.gov
Red Cross Web site: www.redcross.org

```
Verizon Business Services                                                      Customer ID:     SV066837
Site ID:1-2NJ1KC                                                               Invoice Number:  69024657
BAKERS FOOTWEAR GROUP, INC.                                                    Invoice Date:    11/10/2012
2815 SCOTT AVE                                                                 Page Number:            6
SAINT LOUIS, MO
USA 63103-3032

Statement of Account              - Through 10/31/2012

Date         Transaction ID   Invoice Amount    Payments      Adjustments  Adjustment Description              Total

Current Invoice No. 69024657   11/10/2012                                                                 $6,000.00
No activity

Invoice Balance                                                                                           $6,000.00


Total Amount Due as of  11/10/2012                                                                       $ 6,000.00


Closed Transactions (Informational purposes only - transactions applied to previously open invoices)

10/29/2012      0205486                        -$6,000.00
10/10/2012      69014216       $6,000.00


10/04/2012      0205033                        -$6,000.00
09/10/2012      68997632       $6,000.00
```

```
Verizon Business Services                                                              Customer ID:     SV066837
Site ID:1-2NJ1KC                                                                       Invoice Number:  69024657
BAKERS FOOTWEAR GROUP, INC.                                                            Invoice Date:    11/10/2012
2815 SCOTT AVE                                                                         Page Number:            7
SAINT LOUIS, MO
USA 63103-3032
```

Current Charges by Service Summary

| Description | Usage Charges | Recurring Charges | Non-Recurring Charges | Discounts and Promotions | Taxes and Surcharges | Total |
|---|---|---|---|---|---|---|
| IT Solutions | | | | | | |
| IT Solutions Services | | | | | | |
|   IT Solutions Services | | $8,700.00 | | -$2,700.00 | | $6,000.00 |
| Total IT Solutions | | $8,700.00 | | -$2,700.00 | | $6,000.00 |
| Total Current Charges | | $8,700.00 | | -$2,700.00 | | $6,000.00 |

```
Verizon Business Services                                                                                Customer ID:      SV066837
Site ID:1-2NJ1KC                                                                                         Invoice Number:   69024657
BAKERS FOOTWEAR GROUP, INC.                                                                              Invoice Date:     11/10/2012
2815 SCOTT AVE                                                                                           Page Number:             8
SAINT LOUIS, MO
USA 63103-3032

IT Solutions Service by Customer ID Detail
                                                      Unit of                Usage    Recurring Non-Recurring Discounts and  Taxes and
Description                           Rate            Measure   Quantity     Charges  Charges   Charges      Promotions     Surcharges       Total


BAKERS FOOTWEAR GROUP, INC.
1-2NJ1KC
2815 SCOTT AVE
SAINT LOUIS, MO
USA 63103-3032
Customer ID: SV066837


IT Solutions

IT Solutions Services

 Statement of Work: 1-2NJZA0


  Service ID: Akamai Services(1-A4N-6486)
  Service Period 11/01/2012 to 11/30/2012
    Monthly Recurring                                                                 $6,000.00                                             $6,000.00


  Service ID: Akamai Services(1-A4N-6487)
  Service Period 11/01/2012 to 11/30/2012
    Monthly Recurring                                                                 $2,700.00               -$2,700.00                        $0.00
   Total Statement of Work: 1-2NJZA0                                                  $8,700.00               -$2,700.00                    $6,000.00

Total IT Solutions Services                                                           $8,700.00               -$2,700.00                    $6,000.00

Total IT Solutions                                                                    $8,700.00               -$2,700.00                    $6,000.00


Total Customer ID SV066837                                                            $8,700.00               -$2,700.00                    $6,000.00


Total Current Charges                                                                 $8,700.00               -$2,700.00                    $6,000.00
```